UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80777-CIV-ZLOCH

ISRAEL FONSECA, JR.,

    Petitioner,

vs.                                                **O R D E R**

WALTER A. McNEIL,

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 14) filed herein by United States Magistrate Judge Patrick A. White.  No objections have been filed to said Report.  The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Report Of Magistrate Judge (DE 4) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___27th___ day of January, 2009.

                                /s/ William J. Zloch
                                WILLIAM J. ZLOCH
                                United States District Judge

Copies furnished:

The Honorable Patrick A. White
United States Magistrate Judge

Israel Fonseca, Jr., Pro Se
DC# 198619
Union Correctional Institution
7819 N.W. 228th Street
Raiford, FL 32026

Don M. Rogers, Esq., AAG